UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Santiago Abreau

                              Plaintiff,

v.                                                           Case No.: 1:16–cv–00143
                                                               Honorable John W. Darrah

Rose Rush Inc.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 5, 2016:

        MINUTE entry before the Honorable John W. Darrah: Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, SANTIAGO ABREAU, and Defendant, ROSE RUSH INC., d/b/a ROSEBUD ON RUSH, stipulate, and the parties agree to dismiss this case, with prejudice, both sides to bear their own fees and costs. Therefore, this case is dismissed, with prejudice, both parties to bear their own fees and costs.Civil case terminated. Any pending dates or motions are moot. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.